# Order

Michigan Supreme Court
Lansing, Michigan

May 3, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141752(72)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DONALD C. RICHARDSON,
     Defendant-Appellant.

_____

SC: 141752
COA: 291617
Wayne CC: 08-013456-FC

     On order of the Chief Justice, the motion by defendant-appellant for extension to April 29, 2011 of the time for filing his supplemental brief is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2011 _____

_____
Clerk